UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD ZANONE,

                Plaintiff,        05 Civ. 6869 (JGK) (THK)

    - against -            OPINION

AMERICAN CRAFT COUNCIL,

                Defendant.

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record, the defendant's motion for summary judgment is **granted** with respect to the plaintiff's claims of disability discrimination and the First, Third, and Fifth Causes of Action are therefore **dismissed**. The defendant's motion for summary judgment to dismiss the plaintiff's age discrimination claims is **denied**.

SO ORDERED.

Dated:    New York, New York
           September 21, 2007

                                      John G. Koeltl
                                      United States District Judge