USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DONALD ZANONE

                Plaintiff,

   v.

AMERICAN CRAFT COUNCIL

                Defendant.
-----------------------------------------------------------x

05 CV 6869 (JGK)(THK)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys for the respective parties hereto, that whereas no party is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that all the claims presented in the above entitled action are hereby dismissed with prejudice and on the merits, without costs or attorneys fees to either party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

DATED:   November 29, 2007
           New York, New York

_____
Glen H. Parker, Esq.
Hoey, King, Toker & Epstein
Attorneys for Defendant, AMERICAN CRAFT COUNCIL
55 Water Street-29th Floor
New York, New York 10041

_____
Steven A. Rosen, Esq.
Attorneys for Plaintiff
501 Fifth Avenue
Suite 804
New York, New York 10017

SO ORDERED:

_____
The Honorable JOHN G. KOELTL, U.S.D.J.

2/15/08